1 Joel E. Elkins (SBN 256020)
2 jelkins@weisslawllp.com
**WEISSLAW LLP**
3 611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
4 Telephone: 310/208-2800
Facsimile:  310/209-2348
5
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TAYLOR, | Case No.  3:21-cv-08789-KAW |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| COLUMBIA PROPERTY TRUST, INC., CARMEN M. BOWSER, JOHN L. DIXON, DAVID B. HENRY, MURRAY J. MCCABE, E. NELSON MILLS, CONSTANCE B. MOORE, MICHAEL S. ROBB, THOMAS G. WATTLES, and FRANCIS X. WENTWORTH, JR., | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Christopher Taylor ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 2 -

| | |
|---|---|
| Dated: January 25, 2022 | **WEISSLAW LLP**<br>Joel E. Elkins<br><br>By: */s/ Joel E. Elkins* |
| OF COUNSEL:<br><br>**LONG LAW, LLC**<br><br>Brian D. Long (#4347)<br>3828 Kennett Pike, Suite 208<br>Wilmington, DE 19807<br>Telephone: (302) 729-9100<br>Email: BDLong@longlawde.com | Joel E. Elkins<br>611 Wilshire Blvd., Suite 808<br>Los Angeles, CA 90017<br>Telephone:  310/208-2800<br>Facsimile:   310/209-2348<br>-and-<br>Richard A. Acocelli<br>305 Broadway, 7th Floor<br>New York, NY  10007<br>Telephone: 212/682-3025<br>Facsimile:  212/682-3010<br><br>*Attorneys for Plaintiff* |